UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES LOH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FUTURE MOTION, INC.,<br><br>        Defendant. | Case No.   21-cv-06088-EJD<br><br>**ORDER TO SHOW CAUSE REGARDING CONSOLIDATION** |
| RAYMOND WANG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>FUTURE MOTION, INC.,<br><br>        Defendant. | Case No.   22-cv-5064-JST |

The parties in the above-captioned cases are ORDERED to show cause, in writing by January 25, 2023, why the cases should not be consolidated.

**IT IS SO ORDERED.**

Dated:  January 11, 2023

EDWARD J. DAVILA
United States District Judge

Case Nos.: 21-cv-06088-EJD; 22-cv-5064-JST
OSC RE. CONSOLIDATION

1

United States District Court
Northern District of California